UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00108-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADRIANNA MARIE HAYLOR,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set for **Monday, March 21, 2011, at 2:00 p.m.**

    Dated:  January 20, 2011.