# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  08-cr-00108-WYD-01 |
| ADRIANNA MARIE HAYLOR | USM Number:  55731-180 |
| | Edward R. Harris, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3 and 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 12/07/10 |
| 2 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 11/28/10 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

      April 5, 2011
      Date of Imposition of Judgment

      s/ Wiley Y. Daniel
      Signature of Judge

      Wiley Y. Daniel, Chief U.S. District Judge
      Name & Title of Judge

      April 13, 2011
      Date

DEFENDANT:  ADRIANNA MARIE HAYLOR  
CASE NUMBER:  08-cr-00108-WYD-01                                                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance (Marijuana) | 08/06/10 |
| 4 | Violation of the Law | 01/05/11 |

DEFENDANT:  ADRIANNA MARIE HAYLOR
CASE NUMBER:  08-cr-00108-WYD-01                                                                                       Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months.

The defendant shall surrender to the United States Marshal for this district at 12:00 p.m. on April 19, 2011.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal